UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KONA SPRING WATER DISTRIBUTING,

     Plaintiff,

v.                                                    CASE NO: 8:05-cv-119-T-23TBM

WORLD TRIATHLON CORPORATION,

     Defendant,

v.

RICK SEITZ, et al.,

     Counter-Defendants

_____/

## **ORDER**

An October 2, 2006, order (Doc. 57) generously granted the parties' third request to continue the trial in this case.  Setting trial for the April 2, 2007, trial term, the order cautioned (with emphasis) that "Absent extraordinary circumstances, no further extensions will be granted."  Despite six months notice (and despite a recent telephone conference during which the court advised the parties that the April trial term was fixed), the parties jointly move "for protection" from the April trial calendar, which motion (Doc. 126) is **DENIED**.

ORDERED in Tampa, Florida, on March 19, 2007.

_____
**STEVEN D. MERRYDAY**
**UNITED STATES DISTRICT JUDGE**